UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| EARL CHERRY, JR. | CIVIL ACTION NO. 05-0872 |
| | SECTION "P" |
| -vs- | JUDGE DRELL |
| LOU RODREGUEZ, *ET AL.* | MAGISTRATE JUDGE KIRK |

## JUDGMENT ON MOTION

The Court has reviewed the entire file and concurs with the magistrate judge's findings under the applicable law. For the reasons stated in the magistrate judge's unopposed report and recommendation (Document No. 8), defendant's motion, which the Court construes as a motion for temporary restraining order and preliminary injunction (Document No. 5), is DENIED.

SIGNED on this 7th day of July, 2005, at Alexandria, Louisiana.

Dee D. Drell
United States District Judge