

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| Earl Cherry , Jr. | DOCKET NO. 1:05 CV 872 |
| | SECTION P |
| VS. | JUDGE DEE D. DRELL |
| Winn Correctional Ctr., et la | MAGISTRATE JUDGE KIRK |

### JUDGMENT OF DISMISSAL

After an independent review of the record, including the objections filed by the Plaintiff, and in concurring with the reasoning of the Magistrate Judge in the Report and Recommendation filed previously herein,

**IT IS ORDERED** that this civil rights action is **DENIED AND DISMISSED WITHOUT PREJUDICE.**

**THUS DONE AND SIGNED,** in chambers, at Alexandria, Louisiana on this 2ND day of December, 2005.

DEE D. DRELL
**UNITED STATES DISTRICT JUDGE**